IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio**,** aka Monica Rubio | : | Case No.: **22-10001-pmm** |
| Debtor | : | |

| | | |
|---|---|---|
| **MONICA BORJA,** | : | Motion to |
| Movant, | : | Extend Automatic Stay |
| v. | : | Hearing: 10 am, January 25, 2022 |
| **PARAMOUNT RESIDENTIAL MORTGAGE GROUP,** | : | Telephonic Hearing: |
| and all Parties listed on the mailing matrix filed | : | Toll Free: 1 (888) 636-3807 |
| with the Clerk, | : | Toll: (212) 372-3762 |
| Respondents. | : | Access Code: 4954493 |

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Motion to Extend Automatic Stay filed by Debtor **MONICA BORJA**, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

**Date: January 25, 2022**

_Patricia M. Mayer_
Patricia M. Mayer, Bankruptcy Judge