United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-10001-pmm

Monica Borja  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14659304 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 14659308 | + | Cerulean, PO Box 31292, Tampa, FL 33631-3292 |
| 14659309 | + | Continental Finance Company, 4550 New Linden Hill Rd, Suite 400, Wilmington, DE 19808-2952 |
| 14659317 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 14659323 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14659324 | + | MABT/ContFin, 121 Continental Dr., Suite 108, Newark, DE 19713-4326 |
| 14659328 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 196122 |
| 14659327 | + | Met Ed, 101 Crawford's Crn Rd Bldg 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14659329 | + | Midwest Recovery Systems, 12 Westbury Dr. Ste D, St Charles, MO 63301-2543 |
| 14659331 | + | NEPA Community FCU, 337 Clay Avenue, Stroudsburg, PA 18360-1288 |
| 14659333 | + | Paramount Residential, PO Box 77404, Ewing, NJ 08628-6404 |
| 14659334 | + | Paramount Residential Mortgage Group, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14660558 | + | Paramount Residential Mortgage Group, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659338 | #+ | Six Flags Great Adventure, PO Box 120, 1 Six Flags Blvd, Jackson NJ 08527-5369 |
| 14659341 | + | St. Luke's Physicians Group, P.O. Box 5386, Bethlehem, PA 18015-0386 |
| 14659342 | + | Upstart/Finwise, 2 Circle Star Way, 2nd Floor, San Carlos, CA 94070-6200 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14659301 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 25 2022 23:58:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14659302 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 25 2022 23:58:00 | Barclays Bank DE, 700 Prides Xing, Newark, DE 19713-6109 |
| 14659303 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 25 2022 23:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington,DE 19899-8803 |
| 14659307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

Case 22-10001-pmm    Doc 16    Filed 01/27/22    Entered 01/28/22 00:33:46    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14659305 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2022 23:58:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14659306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659310 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2022 00:02:21 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659313 | | Email/Text: mrdiscen@discover.com | Jan 26 2022 00:02:22 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 14659314 | | Email/Text: mrdiscen@discover.com | Jan 25 2022 23:58:00 | Discover Bank, Discovery Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14659315 | + | Email/Text: bknotices@totalcardinc.com | Jan 25 2022 23:58:00 | Discover Financial Servies LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14659316 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 25 2022 23:58:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14659319 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2022 00:02:25 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14659320 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2022 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 14659321 | + | Email/Text: BKRMailOPS@weltman.com | Jan 25 2022 23:58:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14659330 | | Email/Text: ml-ebn@missionlane.com | Jan 25 2022 23:58:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14659325 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2022 23:58:00 | Mission Lane Tab Bank, PO Box 105286, SW # 1340, Atlanta, GA 30348 |
| 14659326 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2022 00:02:21 | Merrick Bank, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 14659332 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 26 2022 00:02:25 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14659337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2022 23:58:00 | NPRTO Texas, LLC, Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14659336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2022 00:02:28 | Portfolio Recovery Assoc. LLC, POB 41067, Norfolk, VA 23541 |
| 14659857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14659340 | | Email/PDF: cbp@onemainfinancial.com | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14659339 | | Email/PDF: cbp@onemainfinancial.com | Jan 26 2022 00:02:25 | SpringLeaf Financial Services, 2959 Rt 611 Suite 105, Tannersville, PA 18372 |
| 14659318 | | Email/Text: bankruptcynotices@vivecard.com | Jan 26 2022 00:02:25 | SpringLeaf Financial Services, PO Box 59, Evansville, IN 47701 |
| 14659343 | | Email/Text: bankruptcynotices@vivecard.com | Jan 25 2022 23:58:00 | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14659344 | + | Email/Text: BKRMailOps@weltman.com | Jan 25 2022 23:58:00 | Vive Financial, 380 Data Drive, Suite 200, Draper, UT 84020 |
| | | | Jan 25 2022 23:58:00 | Weltman Weinberg & Reis, PO Box 93596, Cleveland OH 44101-5596 |

TOTAL: 27

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14659311 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14659312 | ## | Dent-a-Med, Inc., HC Processing Cntr, PO Box 829, Springdale, AR 72765-0829 |
| 14659322 | ##+ | Kingston Data & Credit Intern'l, 1701 Drew St., Unit 8, Clearwater, FL 33755-6211 |
| 14659335 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

**Name** | **Email Address**

J. ZAC CHRISTMAN
on behalf of Debtor Monica Borja zac@fisherchristman.com office@fisherchristman.com

REBECCA ANN SOLARZ
on behalf of Creditor Paramount Residential Mortgage Group INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **MONICA BORJA,** aka | : | Chapter 13 |
| Monica Borja-Rubio**,** aka Monica Rubio | : | Case No.: **22-10001-pmm** |
| Debtor | : | |

| | | |
|---|---|---|
| **MONICA BORJA**, | : | Motion to |
| Movant, | : | Extend Automatic Stay |
| v. | : | Hearing: 10 am, January 25, 2022 |
| **PARAMOUNT RESIDENTIAL MORTGAGE GROUP,** | : | Telephonic Hearing: |
| and all Parties listed on the mailing matrix filed | : | Toll Free: 1 (888) 636-3807 |
| with the Clerk, | : | Toll: (212) 372-3762 |
| Respondents. | : | Access Code: 4954493 |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Motion to Extend Automatic Stay filed by Debtor **MONICA BORJA**, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

**Date: January 25, 2022**

_____
Patricia M. Mayer, Bankruptcy Judge