UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Monica Borja | Bankruptcy No.22-10001-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of March, 2022, by first class mail upon those listed below:

Monica Borja
913 Constitution Avenue
Pen Argyl, PA  18072-9518

**Electronically via CM/ECF System Only:**

J ZAC CHRISTMAN ESQ
FISHER CHRISTMAN
556 MAIN STREET
SUITE 12
STROUDSBURG, PA  18360

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee