# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monica Borja<br>Debtor(s)<br><br>Paramount Residential Mortgage Group, Inc., its successors and/or assigns<br>Movant<br>vs.<br><br>Monica Borja<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | CHAPTER 13<br><br>NO. 22-10001 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Paramount Residential Mortgage Group, Inc., which was filed with the Court on or about **February 11, 2022, docket number 20**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: June 21, 2022