Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-10001-PMM**

Monica Borja  
913 Constitution Avenue  
Pen Argyl  PA    18072-9518

Petition Filed Date: 01/02/2022  
341 Hearing Date: 02/01/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/11/2022 | $750.00 | | | | | | | |

**Total Receipts for the Period: $750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,807.14 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $404.60 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $394.25 | $0.00 | $0.00 |
| 4 | VIVE FINANCIAL<br>»» 002 | Unsecured Creditors | $1,000.33 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,057.58 | $0.00 | $0.00 |
| 6 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,835.18 | $0.00 | $0.00 |
| 7 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $6,081.23 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $27,804.34 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $52,944.14 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $595.32 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,754.41 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $131.18 | $0.00 | $0.00 |
| 13 | CENLAR FSB<br>»» 010 | Mortgage Arrears | $172,997.06 | $0.00 | $0.00 |
| 14 | UPSTART NETWORK INC<br>»» 011 | Unsecured Creditors | $5,359.20 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $496.81 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $971.57 | $0.00 | $0.00 |
| 17 | OLIPHANT FINANCIAL, LLC<br>»» 014 | Unsecured Creditors | $99.66 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10001-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $3,800.00 | $0.00 | $3,800.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $2,177.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,177.00 |
| Paid to Trustee: | $60.00 | Total Plan Base: | $118,360.00 |
| Funds on Hand: | $690.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.