United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10001-pmm
Monica Borja  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Sep 22, 2022      Form ID: 155      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |
| 14659308 | + | Cerulean, PO Box 31292, Tampa, FL 33631-3292 |
| 14659312 | | Dent-a-Med, Inc., HC Processing Cntr, PO Box 829, Springdale, AR 72765-0829 |
| 14659317 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 14659323 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14659324 | + | MABT/ContFin, 121 Continental Dr., Suite 108, Newark, DE 19713-4326 |
| 14659328 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 196122 |
| 14659327 | + | Met Ed, 101 Crawford's Crn Rd Bldg 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14659329 | + | Midwest Recovery Systems, 12 Westbury Dr. Ste D, St Charles, MO 63301-2543 |
| 14659331 | + | NEPA Community FCU, 337 Clay Avenue, Stroudsburg, PA 18360-1288 |
| 14659333 | + | Paramount Residential, PO Box 77404, Ewing, NJ 08628-6404 |
| 14660558 | + | Paramount Residential Mortgage Group, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659335 | + | Penn Credit Corporation, 916 S 14th Street, Harrisburg PA 17104-3425 |
| 14659341 | + | St. Luke's Physicians Group, P.O. Box 5386, Bethlehem, PA 18015-0386 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14659301 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2022 23:40:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14659302 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2022 23:41:00 | Barclays Bank DE, 700 Prides Xing, Newark, DE 19713-6109 |
| 14659303 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2022 23:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14659304 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 22 2022 23:41:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 14659307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2022 23:41:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14674206 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 22 2022 23:41:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14659309 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 23:41:00 | Continental Finance Company, 4550 New Linden Hill Rd, Suite 400, Wilmington, DE 19808 |
| 14659305 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 22-10001-pmm  Doc 52  Filed 09/24/22  Entered 09/25/22 00:29:10  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2022 23:52:36 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Sep 22 2022 23:52:23 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659310 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Sep 22 2022 23:52:23 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 14659313 | | Email/Text: mrdiscen@discover.com | | |
| | | | Sep 22 2022 23:40:00 | Discover Bank, Discovery Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14659314 | | Email/Text: mrdiscen@discover.com | | |
| | | | Sep 22 2022 23:40:00 | Discover Financial Servies LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14659315 | + | Email/Text: bknotices@totalcardinc.com | | |
| | | | Sep 22 2022 23:41:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14659316 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 22 2022 23:52:29 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14659319 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Sep 22 2022 23:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 14659320 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 22 2022 23:41:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14659323 | ^ | MEBN | | |
| | | | Sep 22 2022 23:39:24 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14659321 | + | Email/Text: BKRMailOPS@weltman.com | | |
| | | | Sep 22 2022 23:41:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14671750 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 22 2022 23:52:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659330 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Sep 22 2022 23:40:00 | Mission Lane Tab Bank, PO Box 105286, SW # 1340, Atlanta, GA 30348 |
| 14659325 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 22 2022 23:52:23 | Merrick Bank, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 14659326 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 22 2022 23:52:23 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14659332 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Sep 22 2022 23:41:00 | NPRTO Texas, LLC, Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675193 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Sep 22 2022 23:40:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14659337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 22 2022 23:52:37 | Portfolio Recovery Assoc. LLC, POB 41067, Norfolk, VA 23541 |
| 14675186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 22 2022 23:52:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14659334 | + | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | | Sep 22 2022 23:41:00 | Paramount Residential Mortgage Group, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14660558 | ^ | MEBN | | |
| | | | Sep 22 2022 23:39:25 | Paramount Residential Mortgage Group, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 22 2022 23:41:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14659857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14669134 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Genesis FS |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14659340 | Email/PDF: cbp@onemainfinancial.com | Sep 22 2022 23:52:23 | SpringLeaf Financial Services, 2959 Rt 611 Suite 105, Tannersville, PA 18372 |
| 14659339 | Email/PDF: cbp@onemainfinancial.com | Sep 22 2022 23:52:30 | SpringLeaf Financial Services, PO Box 59, Evansville, IN 47701 |
| 14674912 | ^ MEBN | Sep 22 2022 23:39:24 | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14659342 | + Email/Text: LCI@upstart.com | Sep 22 2022 23:41:00 | Upstart/Finwise, 2 Circle Star Way, 2nd Floor, San Carlos, CA 94070-6200 |
| 14659318 | Email/Text: bankruptcynotices@vivecard.com | Sep 22 2022 23:40:00 | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14659343 | Email/Text: bankruptcynotices@vivecard.com | Sep 22 2022 23:40:00 | Vive Financial, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14659344 | + Email/Text: BKRMailOps@weltman.com | Sep 22 2022 23:41:00 | Weltman Weinberg & Reis, PO Box 93596, Cleveland OH 44101-5596 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659311 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14659322 | ##+ | Kingston Data & Credit Intern'l, 1701 Drew St., Unit 8, Clearwater, FL 33755-6211 |
| 14659338 | ##+ | Six Flags Great Adventure, PO Box 120, 1 Six Flags Blvd, Jackson NJ 08527-5369 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Monica Borja zac@fisherchristman.com office@fisherchristman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Monica Borja
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10001−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 22nd day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Patricia M. Mayer
                                            Judge ,
                                            United States Bankruptcy Court