UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                    :
                          :
MONICA BORJA              :         Chapter 13
                          :
        Debtor            :         Case No. 22-10001-PMM
                          :

## PRAECIPE

Please withdraw without prejudice the Trustee's Objection to Claim No. 4 of Merrick Bank that was filed on or about October 17, 2022 at docket entry number 55 in the above referenced case.

Respectfully submitted,

Date:  October 31, 2022            */s/Scott F. Waterman*
                                    Scott F. Waterman, Esq.
                                    Standing Chapter 13 Trustee