UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  MONICA BORJA                     :   Chapter 13
                                         :
        Debtor                          :   Bankruptcy No. 22-10001-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 2-1 of Vive Financial and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 2-1 of Vive Financial is disallowed.

BY THE COURT:

Dated: **December 1, 2022**

*Patricia M. Mayer*
_____
**Patricia M. Mayer, Bankruptcy Judge**