UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  MONICA BORJA : Chapter 13
: 
Debtor : Bankruptcy No.  22-10001-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 8-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 8-1 of Portfolio Recovery Associates, LLC. is disallowed.

BY THE COURT:

Dated: **December 1, 2022**

*Patricia M. Mayer*
**Patricia M. Mayer, Bankruptcy Judge**