### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monica Borja aka Monica Rubio-Borja fka Monica Rubio<br>　　　　　　Debtor<br><br>Paramount Residential Mortgage Group, Inc.<br>　　　　　　Movant<br>　　vs.<br><br>Monica Borja aka Monica Rubio-Borja fka Monica Rubio<br>　　　　　　Debtor<br><br>and Scott F. Waterman, Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 22-10001 PMM<br><br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 14, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Paramount Residential Mortgage Group, Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 913 Constitution Avenue Pen Argyl, PA 18072.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

**Date: December 1, 2022**　　　　　　　United States Bankruptcy Judge.