United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10001-pmm

Monica Borja                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

**Recip ID                    Recipient Name and Address**
db                      \#  Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022                               Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

**Name**                              **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Paramount Residential Mortgage Group  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Paramount Residential Mortgage Group  INC. bkgroup@kmllawgroup.com

J. ZAC CHRISTMAN
     on behalf of Debtor Monica Borja zac@fisherchristman.com  office@fisherchristman.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4                                   User: admin                                   Page 2 of 2
Date Rcvd: Dec 01, 2022                               Form ID: pdf900                              Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  MONICA BORJA                    : Chapter 13
                                        :
          Debtor                        : Bankruptcy No.  22-10001-PMM

**<u>ORDER</u>**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim

Number 2-1 of Vive Financial and any response, it is hereby ordered that the Objection is

sustained.

The Proof of Claim No. 2-1 of Vive Financial is disallowed.

**BY THE COURT:**

Dated:  **December 1, 2022**
         _____          _____
                                          **Patricia M. Mayer, Bankruptcy Judge**