## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **Monica Borja,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor.** | : | **Bky. No. 22-10001 (PMM)** |

-------------------------------------------------------------

## O R D E R

**AND NOW**, upon consideration of the Chapter 13 Trustee's Motion to Dismiss with Prejudice (doc. #70, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on February 23, 2023;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Motion is granted in part and denied in part;

2) This bankruptcy case is **dismissed** without prejudice; and

3) Any future filing or refiling, singularly or jointly by the Debtor will not act as a stay against Paramount Residential Mortgage Group, Inc., its successors or assigns from exercising its/their rights to take immediate legal action for the enforcement of its/their rights to possession to the premises located at 913 Constitution Ave., Pen Argyl, PA 18072.

Date: February 23, 2023

_Patricia M. Mayer_

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**