United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-10001-pmm
Monica Borja | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 4
Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Monica Borja, 913 Constitution Avenue, Pen Argyl, PA 18072-9518 |
| 14659308 | + | Cerulean, PO Box 31292, Tampa, FL 33631-3292 |
| 14659312 | | Dent-a-Med, Inc., HC Processing Cntr, PO Box 829, Springdale, AR 72765-0829 |
| 14659317 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 14659324 | + | MABT/ContFin, 121 Continental Dr., Suite 108, Newark, DE 19713-4326 |
| 14659328 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 196122 |
| 14659327 | + | Met Ed, 101 Crawford's Crn Rd Bldg 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14659329 | + | Midwest Recovery Systems, 12 Westbury Dr. Ste D, St Charles, MO 63301-2543 |
| 14659331 | + | NEPA Community FCU, 337 Clay Avenue, Stroudsburg, PA 18360-1288 |
| 14659333 | + | Paramount Residential, PO Box 77404, Ewing, NJ 08628-6404 |
| 14659335 | + | Penn Credit Corporation, 916 S 14th Street, Harrisburg PA 17104-3425 |
| 14659341 | + | St. Luke's Physicians Group, P.O. Box 5386, Bethlehem, PA 18015-0386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 25 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14659301 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:25:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14659302 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2023 00:25:00 | Barclays Bank DE, 700 Prides Xing, Newark, DE 19713-6109 |
| 14659303 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2023 00:25:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14659304 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 25 2023 00:25:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 14659307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 25 2023 00:25:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14674206 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 25 2023 00:25:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14659309 | | Email/Text: cfcbackoffice@contfinco.com | Feb 25 2023 00:25:00 | Continental Finance Company, 4550 New Linden Hill Rd, Suite 400, Wilmington, DE 19808 |
| 14659305 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:31:01 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659306 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:30:56 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14659310 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2023 00:30:52 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 14659313 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:25:00 | Discover Bank, Discovery Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14659314 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:25:00 | Discover Financial Servies LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14659315 | + | Email/Text: bknotices@totalcardinc.com | Feb 25 2023 00:25:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14659316 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2023 00:31:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14659319 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 14659320 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:25:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14659323 | ^ | MEBN | Feb 25 2023 00:24:17 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14659321 | + | Email/Text: BKRMailOPS@weltman.com | Feb 25 2023 00:25:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14671750 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:30:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659330 | | Email/Text: ml-ebn@missionlane.com | Feb 25 2023 00:25:00 | Mission Lane Tab Bank, PO Box 105286, SW # 1340, Atlanta, GA 30348 |
| 14659325 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2023 00:30:52 | Merrick Bank, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 14659326 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2023 00:30:57 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14659332 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 25 2023 00:25:00 | NPRTO Texas, LLC, Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675193 | + | Email/Text: bnc@bass-associates.com | Feb 25 2023 00:25:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14659337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:31:01 | Portfolio Recovery Assoc. LLC, POB 41067, Norfolk, VA 23541 |
| 14675186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:31:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14659334 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 25 2023 00:25:00 | Paramount Residential Mortgage Group, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14660558 | ^ | MEBN | Feb 25 2023 00:24:18 | Paramount Residential Mortgage Group, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:25:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14659857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | | Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14669134 | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:25:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14659340 | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:31:01 | SpringLeaf Financial Services, 2959 Rt 611 Suite 105, Tannersville, PA 18372 |
| 14659339 | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:30:56 | SpringLeaf Financial Services, PO Box 59, Evansville, IN 47701 |
| 14674912 | ^ MEBN | Feb 25 2023 00:24:15 | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14659342 | + Email/Text: LCI@upstart.com | Feb 25 2023 00:25:00 | Upstart/Finwise, 2 Circle Star Way, 2nd Floor, San Carlos, CA 94070-6200 |
| 14659318 | Email/Text: bankruptcynotices@vivecard.com | Feb 25 2023 00:25:00 | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14659343 | Email/Text: bankruptcynotices@vivecard.com | Feb 25 2023 00:25:00 | Vive Financial, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14659344 | + Email/Text: BKRMailOps@weltman.com | Feb 25 2023 00:25:00 | Weltman Weinberg & Reis, PO Box 93596, Cleveland OH 44101-5596 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659311 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14659322 | ##+ | Kingston Data & Credit Intern'l, 1701 Drew St., Unit 8, Clearwater, FL 33755-6211 |
| 14659338 | ##+ | Six Flags Great Adventure, PO Box 120, 1 Six Flags Blvd, Jackson NJ 08527-5369 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Paramount Residential Mortgage Group INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Paramount Residential Mortgage Group INC. bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52 |

J. ZAC CHRISTMAN
    on behalf of Debtor Monica Borja zac@fisherchristman.com office@fisherchristman.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Paramount Residential Mortgage Group INC. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Monica Borja,                                             :        Chapter 13
                                                          :
                                                          :
                    Debtor.                               :        Bky. No. 22-10001 (PMM)
-----------------------------------------------------------

**O R D E R**

**AND NOW**, upon consideration of the Chapter 13 Trustee's Motion to Dismiss with Prejudice (doc. #70, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on February 23, 2023;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Motion is granted in part and denied in part;

2) This bankruptcy case is **dismissed** without prejudice; and

3) Any future filing or refiling, singularly or jointly by the Debtor will not act as a stay against Paramount Residential Mortgage Group, Inc., its successors or assigns from exercising its/their rights to take immediate legal action for the enforcement of its/their rights to possession to the premises located at 913 Constitution Ave., Pen Argyl, PA 18072.

Date: February 23, 2023

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**