| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10001-PMM

| | |
|---|---|
| Monica Borja | Petition Filed Date: 01/02/2022 |
| 913 Constitution Avenue | 341 Hearing Date: 02/01/2022 |
| Pen Argyl  PA    18072-9518 | Confirmation Date: 09/22/2022 |

Case Status: Dismissed After Confirmation on 2/23/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $2,177.00 | | 09/27/2022 | $1,005.00 | | 10/18/2022 | $1,005.00 | |
| 10/31/2022 | $1,005.00 | | 12/14/2022 | $6.00 | | 02/09/2023 | $500.00 | |

**Total Receipts for the Period:  $5,698.00    Amount Refunded to Debtor Since Filing:  $6.70   Total Receipts Since Filing: $6,448.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,948.20 | $0.00 | $1,948.20 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $404.60 | $23.99 | $380.61 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $394.25 | $0.00 | $394.25 |
| 4 | VIVE FINANCIAL<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,057.58 | $0.00 | $2,057.58 |
| 6 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,835.18 | $0.00 | $1,835.18 |
| 7 | MET-ED FIRST ENERGY COMPANY<br>»» 005 | Unsecured Creditors | $6,081.23 | $0.00 | $6,081.23 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $27,703.99 | $2,101.47 | $25,602.52 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $48,659.25 | $0.00 | $48,659.25 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $595.32 | $0.00 | $595.32 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $131.18 | $0.00 | $131.18 |
| 13 | CENLAR FSB<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | UPSTART NETWORK INC<br>»» 011 | Unsecured Creditors | $5,359.20 | $0.00 | $5,359.20 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $496.81 | $0.00 | $496.81 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $933.22 | $0.00 | $933.22 |

**Chapter 13 Case No. 22-10001-PMM**

| 17 | OLIPHANT FINANCIAL, LLC »» 014 | Unsecured Creditors | $99.66 | $0.00 | $99.66 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 0 | Monica Borja | Debtor Refunds | $6.70 | $6.70 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,448.00 | Current Monthly Payment: | $2,177.00 |
| Paid to Claims: | $5,932.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $515.84 | Total Plan Base: | $118,360.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.