**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1   Monica Borja

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   22-10001 PMM

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Paramount Residential Mortgage Group, Inc.**

**Court claim no**. (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9003

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2023

**New total payment:**     $2364.56
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $763.01          **New escrow payment:** $ 777.51

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %          **New interest rate:** _____ %

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____          **New mortgage payment:** $_____

Debtor(s)    <u>Monica Borja</u>    Case number *(if known)*  <u>22-10001 PMM</u>
              First Name    Middle Name         Last Name

---

| **Part 4:** | **Sign Here** |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*
  Signature                                          Date    11/30/2022
**Print:** Michael Farrington
  30 Nov 2022, 10:00:50, EST

Title   <u>Attorney for Creditor</u>

Company     <u>KML Law Group, P.C.</u>

Address     <u>701</u>         <u>Market Street, Suite 5000</u>
            Number          Street
            Philadelphia,                   PA    19106

            City                         State      ZIP Code

Contact phone   (215) 627–1322             Email <u>bkgroup@kmllawgroup.com</u>

---

Document ID: 083bde96adca759ebfd3362f8802fa423dc6cbb9f3649b4db61802af4b7d461f