**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Monica Borja**<br>　　　　　　　　　　Debtor(s)<br><br>**Paramount Residential Mortgage Group, Inc.**<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>**Monica Borja**<br>　　　　　　　　　　Debtor(s)<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　Trustee | **BK NO. 22-10001 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 02, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Monica Borja
913 Constitution Avenue
Pen Argyl, PA 18072

Attorney for Debtor(s)
J. Zac Christmas, Esq.
556 Main Street, Suite 12
Stroudsburg, PA 18360

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: December 02, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com